824

No. 93–2056. REICHSTEIN v. NALICO INTERNATIONAL CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–2057. ELSHINNAWY v. DALTON, SECRETARY OF THE NAVY. C. A. 3d Cir. Certiorari denied.

No. 93–2058. W. R. GRACE & CO. ET AL. v. MDU RESOURCES GROUP, DBA MONTANA DAKOTA UTILITIES CO. C. A. 8th Cir. Certiorari denied.

No. 93–2059. WES OUTDOOR ADVERTISING CO. v. NEW JERSEY DEPARTMENT OF TRANSPORTATION. Super. Ct. N. J., App. Div. Certiorari denied.

No. 93–2060. PHILIPS v. VON HOLDT ET AL. C. A. Fed. Cir. Certiorari denied.

No. 93–2061. GREEN, EXECUTOR OF THE ESTATE OF IRVING, DECEASED v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 93–2062. DYNA CORP. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–2063. MAURI v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–2064. TORGERSON ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–2065. MAINE v. GRAVES. Sup. Jud. Ct. Me. Certiorari denied.

No. 93–2066. BATTAGLIA v. COUNTY OF SCHENECTADY, NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 93–2071. PINELLAS COUNTY, FLORIDA v. CH2M HILL SOUTHEAST, INC. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 93–2072. BILTMORE SQUARE ASSOCIATES ET AL. v. CITY OF ASHEVILLE. Ct. App. N. C. Certiorari denied.